# United States Court of Appeals

### For the Eighth Circuit

_____

No. 14-3749

_____

United States of America

*Plaintiff - Appellee*

v.

Braulio Arizmendiz-Contreras, also known as Carlos Arizmendiz-Salido, also known as Miguel Rivera

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: May 6, 2015
Filed: May 12, 2015
[Unpublished]

_____

Before WOLLMAN, LOKEN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Braulio Arizmendiz-Contreras appeals the sentence the district court[1] imposed after he pleaded guilty to an immigration offense. His counsel has moved for leave to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that Arizmendiz-Contreras's sentence is unreasonable, and acknowledging an appeal waiver in Arizmendiz-Contreras's plea agreement.

After careful de novo review, we enforce the appeal waiver. <u>See</u> <u>United States v. Andis</u>, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (enforcement of appeal waivers); <u>United States v. Scott</u>, 627 F.3d 702, 704 (8th Cir. 2010) (standard of review). Having independently reviewed the record pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues outside the scope of the appeal waiver. Accordingly, the appeal is dismissed, and we grant counsel's motion for leave to withdraw.

_____

[1]The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.